# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 12/27/2021 |
| Case: 21–30728–5–wak | Form ID: 318 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |
| aty | James F. Selbach | jselbach@selbachlawfirm.com |
| aty | Jason N Racki | rackiesq@outlook.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Anthony Mike'l Vanderwerff | 60 Perrine St | Auburn, NY 13021 | | |
| tr | William J. Leberman–Trustee | One Lincoln Center | 110 W. Fayette Street | Suite 720 | Syracuse, NY 13202 |
| 909335283 | AmeriCu Credit Union | Acct No xxxxxxxx9948 | 1916 Black River Blvd. | Rome, NY 13440–0000 | |
| 909335284 | Child Support Enforcem | Acct No xxxxx80U1 | 40 N Pearl St | Albany, NY 12243–0000 | |
| 909335286 | ESL Federal Credit Union | Acct No xxxxxx7163 | 100 Kings Highway | Rochester, NY 14617–0000 | |
| 909335285 | Empower Federal Credit Union | Acct No xxxxxxxx6766 | Attn: Bankruptcy | 1 Member Way | Syracuse, NY 13212–0000 |
| 909335287 | Harris Beach | Acct No xxxxxx7163 | 99 Garnsey Road | Pittsford, NY 14534–0000 | |
| 909335288 | Steve Mueller Sales & Service Inc | 331 Grant Ave | Auburn, NY 13021–0000 | | |
| 909335289 | USDOE/GLELSI | Acct No xxxxxxxxxxx8581 | Attn: Bankruptcy | Po Box 7860 | Madison, WI 53707–0000 |

TOTAL: 9