*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Anthony Mike'l Vanderwerff<br>aka Anthony M. Vanderwerff, aka Anthony Vanderwerff, dba<br>Anthony Vanderwerff's Power Washing<br><br>xxx−xx−2097<br>85−3109825<br>60 Perrine St<br>Auburn, NY 13021 | )<br>)<br>)<br>) Case Number: 21−30728−5−wak<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

William J. Leberman−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Syracuse, NY
DATED: 3/29/22

*BY THE COURT*

Wendy A. Kinsella
U.S. Bankruptcy Judge